UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANS SPOELSTRA, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST NATIONAL INSURANCE CO. OF AMERICA; and MELINA M. HU and the marital community of MELINDA M. HU and "JOHN" HU; <br><br> Defendants. | Case No: 3:24-cv-05178 <br><br> **STIPULATION FOR AND PARTIAL ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-entitled matter has been fully settled and compromised between Plaintiff Hans Spoelstra and Defendants Melinda M. Hu and "John" Hu and may be dismissed with prejudice and without costs as to the claims of Hans Spoelstra against Melinda M. Hu and "John" Hu only. Any and all remaining claims by Plaintiff Hans Spoelstra against First National Insurance Co. of America, are unaffected by this Stipulation and/or Order.

DATED this 11 day of March, 2024.

_____        _____
KASPER SORENSEN, WSB #45760             STEPHEN M. HANSEN, WSB #15642
Attorney for Defendants Hansen          Attorney for Plaintiff

WSB: 45760
signed per email
autho on 3/8/11

STIPULATION FOR AND PARTIAL
ORDER OF DISMISSAL- Page **1** of **2**

6716 Eastside Dr. NE, Suite #437
Tacoma, WA 98422
(253) 851-8775
malarchicksorensen.com

# ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the Court being fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs as to the claims of Plaintiff, Hans Spoelstra against Defendants Melinda M. Hu and "John" Hu.

DONE XXXXXXXXXXXX this ___19th___ day of ___March___, 2024.

_____
JUDGE/XXXXXXXXXXXXXR

PRESENTED BY:

MALARCHICK & SORENSEN

_____
KASPER SORENSEN, WSB #45760
Attorney for Defendant Hansen

COPY RECEIVED; APPROVED AS TO FORM;
NOTICE OF PRESENTATION WAIVED:

*Signed per email*
*autho on 3/8/h*

_____
STEPHEN M. HANSEN, WSB #15642
Attorney for Plaintiff

STIPULATION FOR AND PARTIAL
ORDER OF DISMISSAL- Page 2 of 2

6716 Eastside Dr. NE, Suite #437
Tacoma, WA 98422
(253) 851-8775
malarchicksorensen.com